# United States District Court

E-FILED
Tuesday, 16 August, 2005  11:22:03 AM
Clerk, U.S. District Court, ILCD

CENTRAL DISTRICT OF ILLINOIS     AUG 1 6 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
V.

CRIMINAL COMPLAINT

PAUL JOHN HUBER
3305 Carmen, Springfield, IL
(Name and Address of Defendant)

CASE NUMBER 05-3048

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about July 19, 2005 in Springfield, Illinois, Sangamon County, in the Central District of Illinois the defendant, Paul John Huber, used a telephone to willfully make a threat and maliciously convey false information:

Count One - to the Diamond Cab Company that a bomb was going to explode at the Greyhound Bus station; and

Count Two - to the Springfield Mass Transit District that there was a bomb on one of its buses,

in violation of Title 18 United States Code, Section 844(e).

I further state that I am a Special Agent for Immigration and Customs Enforcement and that this complaint is based on the following facts:

see attached Affidavit

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

s/ Thomas Estes
Signature of Complainant

Sworn to before me and subscribed in my presence,

August 16, 2005    9:30 AM                  at   Springfield, Illinois
Date                                               City and State

Honorable Byron G. Cudmore          s/ Byron G. Cudmore
United States Magistrate Judge
Name & Title of Judicial Officer            Signature of Judicial Officer

| STATE OF ILLINOIS | ) |
|---|---|
| | ) |
| SANGAMON COUNTY | ) |

## AFFIDAVIT

I, THOMAS J. ESTES, Special Agent, Immigrations and Customs Enforcement, being first duly sworn, hereby depose and states:

1. I am a Special Agent (SA) with the Immigrations and Customs Enforcement and have been so employed since March 2002. I am currently assigned as a criminal investigator with the Federal Bureau of Investigations Joint Terrorism Task Force (JTTF). Among my duties is the investigation of international and domestic terrorism related cases.

2. The information contained herein is known to me through my discussion with other law enforcement personnel as well as investigation conducted personally by me. The information in this affidavit is not an exhaustive account of my knowledge of the facts and events described herein. Rather, this affidavit is a true and accurate statement of facts I believe necessary to establish probable cause to believe that John Paul Huber committed violations of 18 U.S.C. §844(e). The evidence of the charges is summarized below.

3. On July 20, 2005, I was advised by FBI Supervisory Special Agent Robert A. Shay that the Springfield Police Department was investigating a telephonic bomb threats that had been called into the Springfield Mass Transit office and the Diamond Cab company.

4. I went to the Springfield Police department and retrieved copies off all police reports regarding the telephonic bomb threats.

5. According to the Springfield Police reports, on July 19, 2005 officers responded to the

Diamond Cab company, Springfield, IL for a report of a telephonic bomb threat. According to the police report, a male subject called at approximately 6:04 a.m. on July 19, 2005, and stated, "I just wanted you to know I am calling all the cab companies in Springfield and am letting them know there is a bomb at the Greyhound bus station that is set to go off at 0800am."

6. According to the police report the caller identification system at the Diamond Cab company showed the incoming telephonic bomb threat call as coming from telephone number 217-502-0707.

7. According to the police reports, a second telephone threat was placed to the Springfield Mass Transit depot at approximately 6:56 a.m. the same day. The male caller stated, "There's a bomb on one of your buses". The employee asked the male caller what was the location of the bus. The caller replied, "I don't know what location, there's just a bomb on one of your buses".

8. The caller identification system at the Springfield Mass Transit depot registered the telephone number of the caller but the employee taking the call was only able to recognize the first three numbers as 502 before the numbers disappeared when the caller hung up. The number was captured by the Springfield Mass Transit caller ID system as (217) 502-0707.

9. According to the Springfield Police reports, investigators were able to determine the subscriber for 217-502-0707 was JOHN PAUL HUBER, WM, DOB: 07/17/1967 with an address of 3305 Carmen, Springfield, IL. This telephone number is a cellular telephone with Cingular Wireless service.

10. According to the police report, officers located HUBER at his residence at approximately 8:00 a.m. on July 19, 2005. According to the police reports, HUBER was at his residence alone. They asked HUBER if he currently owned a cellular telephone. HUBER

retrieved his cellular phone and officers called the telephone number that was provided to them from the caller identification system at Diamond cab company. HUBER's cellular phone proceeded to ring. HUBER agreed to accompany the officers back to the Springfield Police department.

    11. HUBER was read his Miranda warnings at the police station and requested an attorney so no further questions were asked of HUBER.

    12. On 07/22/2005, I spoke with Chief Robert Dunbar, Southernview Police Department, regarding HUBER. Chief Dunbar stated he knows HUBER personally and has had many contacts with HUBER. Chief Dunbar stated he knows HUBER to reside alone and does not currently have a girlfriend or roommate.

FURTHER AFFIANT SAYETH NOT

                                                s/ Thomas Estes
                                                Thomas J. Estes, Special Agent
                                                Immigrations and Customs Enforcement

SWORN to and SUBSCRIBED before
me this 16th day of August 2005   9:30 AM

s/ Byron G. Cudmore
_____
Byron G. Cudmore
United States Magistrate