E-FILED
Tuesday, 30 August, 2005  12:34:52 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>PAUL JOHN HUBER<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **WARRANT FOR ARREST**<br><br>**FILED**<br>AUG 29 2005<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS |

CASE NO. 05-3048



TO: THE U. S. MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest Paul John Huber, and bring him forthwith to the nearest magistrate judge to answer the Complaint charging him with Using a Telephone to Make a False Bomb Threat in violation of Title 18, United States Code, Section 844(e).

**Honorable Byron G. Cudmore**
Name of Judicial Officer

s/ Byron G. Cudmore
Signature of Judicial Officer

**U.S. Magistrate Judge**
Title of Judicial Officer

8/16/05  Spfld Il  9:30 am
Date and Location

Bail fixed at $ No BAIL by s/ Byron G. Cudmore .

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at Sangamon Co. Jail, Springfield, IL

| Date Received 8/16/05 | Name of Arresting Officer T. Estes | Signature of Arresting Officer |
| Date of Arrest 8/18/05 | Title of Arresting Officer FBI Agent | Jcarroll |